■ SOPHIE BRAY et al., Appellants, v. CITY OF MOUNT VERNON et al., Respondents.— Motion by respondent the City of Mount Vernon to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SADIE BOSNIAK, Doing Business as RICHARD VENDING AND MUSIC COMPANY, Appellant, v. ROBERT A. McEVOY, Doing Business as TOWN AND COUNTRY VENDING SERVICE, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ CHARLOTTE BUDOWSKY, Respondent, v. JACK BUDOWSKY, Appellant.— Motion for a stay denied, without costs. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ CATING ROPE WORKS, INC., Respondent, v. PETER C. JOHNSON et al., Appellants.— Motion for a stay denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ WINIFRED CONMY, Respondent, v. ST. VINCENT'S RETREAT FOR NERVOUS & MENTAL DISEASES, Appellant.— Motion to stay the trial pending determination of the appeal herein granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ STEPHEN FIGURKA, Respondent, v. AMELIA FIGURKA, Appellant.— Motion for leave to appeal as a poor person granted. The appeal will be heard on a typewritten record (including the typed minutes) and on a typewritten brief. Appellant is directed to file two copies of the record and five copies of appellant's brief, and to serve one copy of the record and the brief on the attorney for respondent. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ R. J. GALLAGHER, Respondent, v. JOSEPH A. FENNINGER & SONS, INC., Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ MARY A. HEINE, Appellant, v. EGBERT L. HEINE et al., Respondents.— Motion by respondents for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. On the court's own motion, the decision handed down April 11, 1960 is amended by striking therefrom the last sentence and by substituting therefor the following sentence: The decision in Laff v. Laff (5 Misc 2d 554, affd. 4 A D 2d 874) is not controlling here, since it was rendered after a trial of the issues involved and since the power of attorney authorizing a Mexican lawyer to appear for the defendant in that action was before the court and the court found it to be valid. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.